# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: December 12, 2006)

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the Telephonic Status Conference held on December 12, 2006, at 3:30 p.m. Eastern Standard Time, and the parties' Joint Status Report, filed on November 21, 2006, the court orders that all discovery shall be completed before March 1, 2007 and any motion to dismiss for lack of jurisdiction shall be filed on or before March 1, 2007. The court will schedule further proceedings as they are needed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge