**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,** | ) | |
| **Plaintiff,** | ) | **No. 04-1441 T** |
| **v.** | ) | **The Honorable Emily C. Hewitt** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 45 days, from March 1, 2007, to and including April 16, 2007, within which defendant is to file a motion to dismiss, and by which date discovery is to be completed. This is the first enlargement requested for this purpose.

Pursuant to the Order of December 12, 2006, discovery in this case is to close and any dispositive motion concerning lack of jurisdiction is to be filed by March 1, 2007. Defendant's attorney believed these tasks could be done during January and February. Defendant's attorney has been unable to complete this work, however, as a consequence of the reassignment to him, shortly after the New Year, of *Deseret Management Corporation v. United States*, Fed. Cl. No. 06-86 T. Since that reassignment, he has been required to work virtually full time on that case, as a consequence of pending discovery disputes and extremely short pretrial scheduling

deadlines. Accordingly, the time requested herein is necessary to permit our attorney to complete the drafting of a motion to dismiss, and for that motion to be reviewed and filed.

We are authorized to state that plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

February 28, 2007

s/ David Gustafson
Of Counsel