# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: March 1, 2007)

FOUNDATION OF HUMAN UNDERSTANDING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it defendant's Motion for Enlargement of Time (Motion), filed on February 28, 2007. For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall have an enlargement of time of 45 days, to and including April 16, 2007, within which defendant is to file a motion to dismiss and by which date discovery is to be completed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge