**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-1441 T** |
| **v.** | ) | **The Honorable Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from April 16, 2007, to and including June 15, 2007, within which defendant is to file a motion to dismiss, and by which date discovery is to be completed. This is the second enlargement requested for this purpose, the first having been granted for a period of 45 days.

Pursuant to the Order of March 1, 2007, discovery in this case is to close and any dispositive motion concerning lack of jurisdiction is to be filed by April 16, 2007. Defendant's attorney has been unable to complete this work, however, as a consequence of the reassignment to him, shortly after the New Year, of *Deseret Management Corporation v. United States*, Fed. Cl. No. 06-86 T. During January, February, and much of March, he was required to work virtually full time on that case, as a consequence of pending discovery disputes and extremely short pretrial scheduling deadlines. Since mid-March, while that case has not required his full-time attention, it has nevertheless required very substantial work. In addition, work on other

cases (postponed and disrupted by work necessary in *Deseret*) has also recently been required. Accordingly, the time requested herein is necessary to permit our attorney to complete the drafting of a motion to dismiss, and for that motion to be reviewed and filed.

We are authorized to state that plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

April 16, 2007

s/ David Gustafson
Of Counsel