# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: April 18, 2007)

FOUNDATION OF HUMAN UNDERSTANDING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it defendant's Motion for Enlargement of Time (Motion), filed on April 16, 2007. For the reasons stated therein and because the Motion is unopposed, defendant's Motion is hereby GRANTED. Defendant shall have an enlargement of time of 60 days, to and including June 15, 2007, within which defendant is to file a motion to dismiss and by which date discovery is to be completed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge