**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,** | ) | |
| **Plaintiff,** | ) | **No. 04-1441 T** |
| **v.** | ) | **The Honorable Emily C. Hewitt** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 30 days, from June 15, 2007, to and including July 15, 2007, within which defendant is to file a motion to dismiss, and by which date discovery is to be completed. This is the third enlargement requested for this purpose, the first having been granted for a period of 105 days.

Pursuant to the Order of April 18, 2007, discovery in this case is to close and any dispositive motion concerning lack of jurisdiction is to be filed by June 15, 2007. Defendant's attorneys have prepared and reviewed a motion to dismiss the complaint for lack of jurisdiction. The only decided case directly on point respecting the question of jurisdiction is *Foundation of Human Understanding v. Commissioner*, 88 T.C. 1341 (1987), a reviewed decision of the Tax Court holding that jurisdiction is proper. [1/] The case was not appealed, and the Commissioner

[1/] A majority of 10 judges found jurisdiction, but no majority agreed on the legal basis for it. Eight judges dissented.

acquiesced. 1987-2 Cum. Bull. 2, n. 7. Because of this prior position taken by the Internal Revenue Service, the Government's draft brief is being reviewed by the Office of Chief Counsel, prior to filing. The additional time requested herein is necessary to permit the Chief Counsel to complete that review, and for a final decision to be made by the Tax Division as to whether the brief should be filed. Based upon our discussions with the Chief Counsel's office, we expect that within the time requested herein our brief will be filed, or there will be a final decision to file no such motion to dismiss.

We are authorized to state that plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

June 8, 2007

s/ David Gustafson
Of Counsel