# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: June 11, 2007)

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it defendant's Motion for Enlargement of Time (Motion), filed on June 8, 2007. For the reasons stated therein and because it is unopposed, the Motion is GRANTED. The defendant has up to and including July 16, 2007, within which to file a motion to dismiss and by which date discovery is to be completed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge