**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-1441 T** |
| **v.** | ) | **The Honorable Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR SCHEDULING ORDER

Defendant, the United States, respectfully moves the Court for an order establishing a schedule for further proceedings in the instant case. Four motions to extend the time for filing a motion to dismiss for lack of jurisdiction, and for the completion of discovery, have previously been allowed for a total of 135 days.

Pursuant to the Order of June 11, 2007, discovery in this case is to close and any dispositive motion concerning lack of jurisdiction is to be filed by July 16, 2007. In our motion seeking the most recent enlargement, we advised the Court that our attorneys had prepared and reviewed a motion to dismiss the complaint for lack of jurisdiction, but that further review, both by the Office of Chief Counsel, Internal Revenue Service, and at higher levels of authority within the Tax Division, were necessary before a decision would be made as to whether it would be filed. We represented to the Court that such a decision would be made before July 16. We now advise the Court that it has been decided that the United States will not file a motion to dismiss.

As soon as this decision was made, we contacted counsel for plaintiff to consult as to how best to proceed. While the administrative record for this case has been filed by the parties, the nature of this declaratory judgment suit (seeking review of a revocation of tax exempt status) is such that the parties may rely upon evidence outside that administrative record. See, e.g., *Animal Protection Institute v. United States*, 1978 WL 4201 (Ct.Cl. Trial Div.). We inquired whether plaintiff expected to rely on such evidence and, if so, when plaintiff would be in a position to identify the evidence upon which it expected to rely. We have been advised by counsel for plaintiff that they expect to complete that work by the end of September. Counsel for the parties also believe that discovery can be completed within 90 days of the receipt by the Government of that information.

Accordingly, we ask that the Court enter an Order requiring that, on or before September 30, 2007, plaintiff provide to defendant's attorneys a list of exhibits and witnesses upon which plaintiff expects to rely and that, on or before December 29, 2007, the parties are to complete discovery.

We are authorized to state that plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

July 16, 2007

s/ David Gustafson
Of Counsel