# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: July 17, 2007)

FOUNDATION OF HUMAN UNDERSTANDING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it defendant's Motion for Scheduling Order (Motion), filed on July 16, 2007. For the reasons stated therein and because it is unopposed, the Motion is GRANTED. Plaintiff shall have up to and including September 30, 2007, to provide to defendant a list of exhibits and witnesses upon which plaintiff expects to rely. The parties shall have up to and including December 29, 2007, to complete discovery. On or before January 4, 2008, the parties shall file a Joint Status Report (or, if the parties are unable to agree, separate Status Reports) suggesting further proceedings in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge