**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-1441 T** |
| **v.** | ) | **The Honorable Emily C. Hewitt** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order of July 17, 2007, the parties submit this report respecting the status of the above-captioned case.

Counsel for the parties believe that this case may be susceptible of disposition on cross-motions for summary judgment. In order to minimize or eliminate potential factual disputes, however, they suggest that prior to the filing of such motions the parties seek agreement on a stipulation of as many facts as possible. To this end, the parties suggest the following schedule for further proceedings: On or before April 8, 2008, the parties shall execute and file a Joint Stipulation of Facts; on or before 60 days thereafter, plaintiff shall file a motion for summary judgment, along with proposed findings of uncontroverted fact, both as contemplated by Rule 56; on or before 60 days thereafter, defendant shall file its cross-motion for summary judgment, along with proposed findings of uncontroverted fact, and its responses to plaintiff's proposed findings of uncontroverted fact, all as contemplated by Rule 56; on or before 30 days thereafter,

plaintiff shall file its reply and opposition, along with its responses to defendant's proposed findings of uncontroverted fact, both as contemplated by Rule 56; on or before 30 days thereafter, defendant shall file its reply, as contemplated by Rule 56.

Respectfully submitted,

s/ Marc K. Sellers

MARC K. SELLERS
*Attorney of Record*
*Schwabe, Williamson & Wyatt, P.C.*
*Pacwest Center, Suites 1600-1900*
*1211 S.W. Fifth Avenue*
*Portland, OR 97204-3795*
*Voice: (503) 222-9981*
*Fax: (503) 796-2900*
*Email: msellers@schwabe.com*

ATTORNEY FOR PLAINTIFF

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

January 4, 2008

s/ David Gustafson

Of Counsel

ATTORNEYS FOR DEFENDANT