# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: January 9, 2008)

FOUNDATION OF HUMAN UNDERSTANDING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report (JSR), filed on January 4, 2008. Pursuant to the JSR, the court sets the following schedule for further proceedings:

1. On or before Tuesday, April 8, 2008, the parties shall execute and file a Joint Stipulation of Facts;

2. On or before 63 days thereafter, on Tuesday, June 10, 2008, plaintiff shall file a motion for summary judgment, along with proposed findings of uncontroverted fact, both as contemplated by Rule 56;

3. On or before 63 days thereafter, on Tuesday, August 12, 2008, defendant shall file its cross-motion for summary judgment, along with proposed findings of uncontroverted fact, its opposition to plaintiff's motion for summary judgment, and its responses to plaintiff's proposed findings of uncontroverted fact, all as contemplated by Rule 56;

4. On or before 28 days thereafter, on Tuesday, September 9, 2008, plaintiff shall file its reply and opposition, along with its responses to defendant's proposed findings of uncontroverted fact, all as contemplated by Rule 56;

5. On or before 28 days thereafter, on Tuesday October 7, 2008, defendant shall file its reply, as contemplated by Rule 56.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge