**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1441 T** |
| | ) | **The Honorable Emily C. Hewitt** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time 45 days, from April 8, 2008, to and including May 23, 2008, within which the parties are to file a Joint Stipulation of Facts. This is the first enlargement requested for this purpose.

As good cause therefore, defendant states that pursuant to the Order of January 9, 2008, the Court adopted a schedule for further proceedings that had been proposed by the parties. That schedule contemplates the filing of seriatim cross-motions for summary judgment after the filing of a joint stipulation of facts. Plaintiff undertook the task of preparing the first draft of the stipulation of facts, which was completed and provided to defendant's attorneys last Friday, April 4. The time requested herein is therefore necessary to permit defendant's attorneys to review this document, and to propose any additions, deletions or revisions thought appropriate.

We are authorized to state that plaintiff has no objection to allowance of this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

April 8, 2008

s/ David Gustafson
Of Counsel