# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: April 8, 2008)

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it defendant's Motion For Enlargement of Time (defendant's Motion or Def.'s Mot.), filed April 8, 2008. For the reasons stated therein, and because it is unopposed, defendant's Motion is GRANTED. The parties shall file a Joint Stipulation of Facts on or before Friday, May 23, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge