# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: June 17, 2008)

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court will hold a Telephonic Status Conference (TSC) with the parties on Thursday, June 19, 2008, at 2:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge