# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: June 19, 2008)

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING, Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

## ORDER

The court held a telephonic status conference (TSC) with the parties on Thursday, June 19, 2008 at 2:00 p.m. Eastern Daylight Time. Further to the TSC, the court replaces paragraphs 2-5 of its scheduling order of January 9, 2008, see Order of January 9, 2008, with the following:

2. On or before Tuesday, July 22, 2008, plaintiff shall file a motion for summary judgment, along with proposed findings of uncontroverted fact, both as contemplated by Rule 56;

3. On or before Tuesday, September 23, 2008, defendant shall file its cross-motion for summary judgment, along with proposed findings of uncontroverted fact, its opposition to plaintiff's motion for summary judgment, and its responses to plaintiff's proposed findings of uncontroverted fact, all as contemplated by Rule 56;

4. On or before Tuesday, October 21, 2008, plaintiff shall file its reply and opposition, along with its responses to defendant's proposed findings of uncontroverted fact, all as contemplated by Rule 56;

5. On or before Tuesday November 18, 2008, defendant shall file its reply, as contemplated by Rule 56.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge