**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **No. 04-1441 T**<br><br>**The Honorable Emily C. Hewitt** |

**PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Foundation of Human Understanding, through counsel ("Plaintiff"), respectfully moves the Court for an enlargement of time of 60 days of all dates specified in the Court's January 9, 2008, Order, as amended by the Court's Order dated April 8, 2008 (together referred to herein as the "Scheduling Orders"). In support of this Motion, Plaintiff respectfully represents to the Court as follows:

1. On May 23, 2008, the parties filed the Joint Stipulation of Facts. Pursuant to the Scheduling Orders, Plaintiff must file its motion for summary judgment, along with proposed findings of uncontroverted fact, both as contemplated by Rule 56, within 63 days of that date.

2. Counsel for Plaintiff, Marc Sellers, has been unexpectedly called upon to attend to a personal emergency involving his wife's health. She has sustained serious injuries including a broken leg, possibly a broken ankle and a sprained wrist, which have substantially debilitated her

and are preventing her from caring for herself and attending to her personal needs. At the time of this writing Mrs. Sellers has not yet received treatment for her injuries and her complete diagnosis and prognosis are unknown. Consequently, Marc Sellers is required, and will be required, to spend a great deal of each day out of his office and unable to work while caring for his wife. Although Plaintiff has been diligently preparing for the filing of its summary judgment motion, the exigent and temporary absence of Mr. Sellers may impair Plaintiff's ability to timely file its motion.

3. This is the first extension Plaintiff has requested for this purpose.

4. The circumstances requiring the filing of this motion are beyond the control of any of the parties and are not due to any lack of diligence on the part of Plaintiff or Plaintiff's counsel.

5. Plaintiff's counsel has conferred with counsel for Defendant, who states that Defendant does not object to this Motion.

WHEREFORE, Plaintiff respectfully moves the Court for an enlargement of time of 60 days in which to file Plaintiff's motion for summary judgment, and requests that to all of the remaining dates be adjusted accordingly.

DATED: July 8, 2008.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Marc K. Sellers
Marc K. Sellers, OSB #79107
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2008, I electronically filed foregoing PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR ENLARGEMENT OF TIME with the clerk of the court using the CM/ECF system which will send notification of such filing to following party:

W.C. Rapp
william.c.rapp2@usdoj.gov

s/ Marc K. Sellers
Marc K. Sellers