# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: July 10, 2008)

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Emergency Motion For Enlargement of Time (plaintiff's Motion). For the reasons stated therein, and because it is unopposed, plaintiff's Motion is GRANTED. The court replaces paragraphs 2-5 of its scheduling order of January 9, 2008, see Order of January 9, 2008, as amended by the court's order of June 19, 2008, see Order of June 19, 2008, with the following:

2. On or before Tuesday, September 9, 2008, plaintiff shall file a motion for summary judgment, along with proposed findings of uncontroverted fact, both as contemplated by Rule 56;

3. On or before Tuesday, October 28, 2008, defendant shall file its cross-motion for summary judgment, along with proposed findings of uncontroverted fact, its opposition to plaintiff's motion for summary judgment, and its responses to plaintiff's proposed findings of uncontroverted fact, all as contemplated by Rule 56;

4. On or before Tuesday, November 25, 2008, plaintiff shall file its reply and opposition, along with its responses to defendant's proposed findings of uncontroverted fact, all as contemplated by Rule 56;

5. On or before Tuesday December 23, 2008, defendant shall file its reply, as contemplated by Rule 56.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge