**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **No. 04-1441 T**<br><br>**The Honorable Emily C. Hewitt** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS CONVENTIONALLY, ON DISC**

Plaintiff, Foundation of Human Understanding, through counsel ("Plaintiff"), respectfully moves the Court for leave to allow Plaintiff to file the exhibits to its Motion for Summary Judgment conventionally, on a Compact Disc, rather than electronically. In support of this Motion, Plaintiff respectfully represents to the Court as follows:

1. Plaintiff is filing, simultaneously herewith, its Motion for Summary Judgment in this case. That Motion is supported by a number of documents, including Plaintiff's Memorandum in Support, the Affidavit of Roy Masters, and Plaintiff's Proposed Findings of Uncontroverted Fact.

2. The Affidavit of Roy Masters references, as Exhibits, a number of documents comprising approximately 580 megabytes of information.

/ / /

3. Plaintiff has been informed by the Clerk of the Court that the Court's electronic filing system requires that such documentation be broken down into segments of not more than 4 MB each for separate transmission to the Court through its electronic filing system. Submission of documentation in that manner would involve number of tasks that make the submission of 580 MB of information unwieldy and unfeasible.

4. Plaintiff believes that the information will be more conveniently received, and more conveniently accessible to the Court and to counsel, if Plaintiff is permitted to submit the documentation on compact discs. The information is all contained on two compact discs.

5. Plaintiff's counsel has discussed this Motion with counsel for the Defendant, who indicates that the Defendant has no objection to the granting of this motion.

WHEREFORE, Plaintiff requests leave to file the documents in question in digital format on Compact Disc, through conventional mail addressed to the Court and to opposing counsel, rather than electronically.

DATED: September 9, 2008.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Marc K. Sellers
Marc K. Sellers, OSB #79107
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2008, I electronically filed the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS CONVENTIONALLY, ON DISC with the clerk of the court using the CM/ECF system, which will send notification of such filing to following party:

W.C. Rapp
william.c.rapp2@usdoj.gov

s/ Marc K. Sellers
Marc K. Sellers