**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **No. 04-1441 T**<br>**The Honorable Emily C. Hewitt** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through its undersigned counsel of record hereby moves for summary judgment in this matter pursuant to Rule 56 of the Rules of the United States Court of Federal Claims on the grounds that there are no genuine issues of material fact presented with respect to the sole issue in this case.

## ISSUE

Whether plaintiff, a nonprofit corporation exempt from taxation pursuant to 26 USC § 501(c)(3), is a "church" for purposes of 26 USC §§ 509(a)(1) and 170(b)(1)(A).

Support for plaintiff's motion is set forth in the Memorandum in Support hereof, the Administrative Record in this case, and the additional documents filed in support hereof.

DATED this 9th day of September, 2008.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s Marc K. Sellers

Marc K. Sellers, OSB #79107
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2008, I electronically filed the foregoing PLAINTIFF"S MOTION FOR SUMMARY JUDGMENT, with the clerk of the court using the CM/ECF system which will send notification of such filing to following party:

W.C. Rapp
william.c.rapp2@usdoj.go

s/ Marc K. Sellers
Marc K. Sellers



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981