Marc K. Sellers, OSB #79107
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **FOUNDATION OF HUMAN UNDERSTANDING,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **No. 04-1441 T**<br><br>**The Honorable Emily C. Hewitt** |

**AFFIDAVIT OF ROY MASTERS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

STATE OF OREGON )
) ss.
County of Josephine )

I, Roy Masters, being first duly sworn on oath, depose and say that if called into court I could and would competently testify from my own, personal knowledge to the following facts:

1. I am the founder and a member of the board of directors of Foundation of Human Understanding, a California nonprofit corporation (the "Foundation"). I have served in these capacities continuously since the Foundation's formation in 1961.

2. No changes have occurred in the Foundation's doctrine, creed, or form of worship since the time it became a church.

3. The Foundation has a wide-spread congregation, consisting of individuals from across the United States, in foreign countries, and from a variety of walks of life. In support of this statement, simultaneously filed with this Affidavit as AR 11213-23, AR11246-49, and AR 11256-65 is evidence of the Foundation's congregation.

4. Since 1979 and continuously thereafter, the Foundation has conducted services and seminars, referred to as "meetings," at the "Tall Timber Ranch," a facility located outside of Selma, Oregon, which is near Grants Pass.

5. For a period of time prior to1994, the Foundation conducted regular services in a church building (an extension facility for the convenience of the parishioners) located on Evelyn Street in Grants Pass, Oregon,. The Evelyn Street property was sold in approximately 1994.

6. In December 1997 I had a heart operation, and in April 1998 I had another serious operation. For the remainder of 1998 and through 2000, I was in ill health and was hospitalized several times.

7. The Foundation's Sunday services became less frequent after the Foundation sold its Evelyn Street building in approximately 1994, and during the period in which I suffered from poor health.

8. Since my return to relatively good health, the Foundation's services have increased in frequency and, during the years following 1998-2000, the Foundation's Tall Timber Ranch meetings have been held weekly, on Sundays.

9. Since 1987 the Foundation's religious services have continued in substantially the same format and function.

10. The Foundation's meetings are currently conducted principally by me, and occasionally by other Foundation ministers, including members of the Masters family who have been ordained by the Foundation.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

11. The Foundation's services are open to the public, and also are recorded and available to be replayed at the convenience of the listener online.

12. Throughout the years 1998 through 2000, and through the present time the Foundation has conducted radio and internet ministries.

13. The Foundation reaches far more listeners than it did at the time the Tax Court found it to be a church.

14. The number of stations carrying Foundation broadcasts is presently approximately 130.

15. Between January 1 and March 31, 2008, more than 17,000 people attended the Foundation's Sunday services through listening to audio online.

16. The "Advice Line" radio program is heard on over 130 stations, domestically and abroad. Listeners can call in to speak with me, personally, to obtain counseling and spiritual and personal guidance. The program airs live from 9 p.m. to 11 p.m., and is also recorded so that listeners may listen to, or download, the program online.

17. Between January 1 and March 31, 2008, more than 69,000 visitors listened to the Advice Line program online.

18. Thousands of people access the Foundation's message on the Foundation's Web site.

19. Thousands of people who cannot visit the Tall Timber Ranch in person due to geographical location, physical limitation, incarceration, or other factors having nothing to do with willingness to congregate and worship, nonetheless subscribe to the teachings of the Foundation. In support of this statement, simultaneously filed with this Affidavit as AR 10003-352 and AR 11349-68 is testimonial evidence of the Foundation's congregation.

20. Prisoners attend the Foundation's religious meetings by tuning in to regular radio broadcasts.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

21. The Foundation has received thousands of letters from prisoners requesting the Foundation's written materials. Additionally, the Foundation has received testimonial letters from thousands of incarcerated congregants, attesting to the fact that the Foundation is their church, and that they benefit spiritually from the Foundation's radio ministry. In support of this statement, simultaneously filed with this Affidavit as AR 10003-352 and AR13492-696 are copies of representative letters.

22. Additionally, the Foundation has received several thousand letters from members attesting to their faith and to the fact that the Foundation is their church. In support of this statement, simultaneously filed with this Affidavit as AR 10354-1169 are copies of representative letters.

23. The Foundation is widely viewed by its congregants as being their church. In support of this statement, simultaneously filed with this Affidavit as AR 10007-1169 are documents in support of this statement.

24. The Foundation has produced and continues to produce literature for guidance and instruction of its followers and in all respects continues to act as the center of the religious lives of its congregation in Grants Pass, Oregon, as well as thousands of people across the United States and worldwide.

25. The Foundation's *New Insights* publication, together with the Foundation's radio messages and Web site, alert congregants to a variety of other Foundation publications, available in print and over the Internet, dealing with topics ranging from traditional Christian message content to spiritual advice concerning common personal problems, and meditative techniques to deal with crisis and healing.

26. *New Insights* is available to the public through postal delivery and online subscription.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

27. *New Insights* is a high-quality, regularly-published religious newsletter containing thoughtful articles, testimonial letters and information concerning the Foundation's ministries.

28. Many pay for postal or Web subscriptions of *New Insights*; others, such as incarcerated prisoners, are granted complementary subscriptions.

29. The Foundation sends monthly copies of *New Insights* to 898 monthly and yearly subscribers, and complementary subscriptions to 172 subscribers.

30. Simultaneously filed with this Affidavit as AR 11243-11332 are copies of samples of the Foundation's literature.

31. Since 1991, the majority of Brighton Academy's board of directors has been adherents to the Foundation's teachings at the time they served on the board. Simultaneously filed with this Affidavit as AR 11209 is evidence in support of this statement.

32. Ministers ordained by the Foundation must serve a 3-year apprenticeship under my personal tutelage. The Foundation does not maintain separate physical facilities for the preparation of its ministers.

33. The Foundation has continued to act through its ministers, and consistent with my teachings, from prior to 1987 to the present time.

34. Throughout the history of the Foundation and through the present time, ministers of the Foundation have performed marriages, held worship services, conducted seminars, performed ordinances such as exorcisms, and met with people on an individual counseling basis to offer spiritual counseling. Simultaneously filed with this Affidavit as 15000-175 are copies of representative marriage certificates.

35. The Foundation's ministers have conducted marriages at Tall Timber Ranch since at least 1983. Simultaneously filed with this Affidavit as AR 15107 is a copy of a marriage certificate evidencing this statement.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

36. Plaintiff's congregants include (1) the persons who assemble weekly at Tall Timber Ranch; (2) several hundred additional persons who attend occasionally or follow the teachings of the Foundation from remote locations; and (3) thousands of incarcerated inmates who attend by radio. In support of this statement, simultaneously filed with this Affidavit as AR 10003-352, AR 13492-696, and AR 10355-1169 are representative from congregants.

37. Simultaneously filed with this Affidavit as AR 11170-11177 is a copy of a *Report from the Field*, authored and published by the Foundation's "Outpost" in Tanzania.

38. Simultaneously filed with this Affidavit as AR 11178-11207 are copies of 27 e-mail messages from congregants regarding the Foundation's Worldwide Church Outreach Outpost in Tanzania.

39. Simultaneously filed with this Affidavit as AR 11029 is a copy of a letter dated August 30, 2005, from Brighton Academy, acknowledging support provided by the Foundation of Human Understanding.

40. Simultaneously filed with this Affidavit as AR 11121-11212 is a copy of an action adopted by the Foundation's Board of Directors, dated July 30, 2005.

41. Simultaneously filed with this Affidavit as AR 11214-11229 is a copy of a newsletter authored by the Foundation's affiliated church in the United Kingdom, dated 2004.

42. Simultaneously filed with this Affidavit as AR 11231 is Radio Information, evidencing that the Foundation's programming is available to be heard on the World Wide Web.

43. Simultaneously filed with this Affidavit as AR 11253-11235 is a copy of an article published in the Wall Street Journal on June 30, 2003, entitled *More Prayer, Less Hassle*.

44. Simultaneously filed with this Affidavit as AR 11243 through 11332 are copies of the Foundation's *New Insights* publications for February, July, August, September, October, November and December 2005.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

45. Simultaneously filed with this Affidavit as AR 11334 is a copy of a "Consent to Action," adopted by the Board of Directors of the Foundation of Human Understanding, received by the Internal Revenue Service on May 8, 2003.

46. Simultaneously filed with this Affidavit as AR 11337-11338 is a list of the radio stations on which the Foundation of Human Understanding's radio broadcasts were carried, as of April 2003.

47. Simultaneously filed with this Affidavit as AR 11340-11346 is a statement of verses from the Bible upon which the Foundation of Human Understanding's Ministry is founded.

48. Simultaneously filed with this Affidavit as AR 11349-11368 are copies of 15 letters received by the Foundation of Human Understanding from incarcerated prisoners.

49. Simultaneously filed with this Affidavit as AR 11738-14323 are copies of hundreds of letters received by the Foundation of Human Understanding from incarcerated prisoners.

50. The Foundation's creed and teachings are based on Judeo-Christian Beliefs.

Dated this 8th day of September, 2008.

Roy Masters

Roy Masters

**STATE OF OREGON**

**COUNTY OF JOSEPHINE**

This instrument was acknowledged before me this 8th day of September 2008, by Roy Masters.

OFFICIAL SEAL
T LOPEZ
NOTARY PUBLIC-OREGON
COMMISSION NO. A428016
MY COMMISSION EXPIRES JUNE 1, 2012

T Lopez

NOTARY PUBLIC FOR OREGON
My commission expires JUNE 1, 2012



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2008, I electronically filed the foregoing AFFIDAVIT OF ROY MASTERS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, with the clerk of the court using the CM/ECF system which will send notification of such filing to following party:

W.C. Rapp
william.c.rapp2@usdoj.go

s/ Marc K. Sellers
Marc K. Sellers