**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FOUNDATION OF HUMAN UNDERSTANDING,**

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

**No. 04-1441 T**
**The Honorable Emily C. Hewitt**

# PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACT (RCFC 56(h))

Pursuant to RCFD 56(h), Plaintiff, the Foundation of Human Understanding, hereby submits its Proposed Findings of Uncontroverted Fact. References are to the Administrative Record in this case ("AR") and to the Affidavit of Roy Masters and documents cited therein, which are filed simultaneously herewith.

1. Plaintiff foundation of human understanding (the "foundation") is a California nonprofit corporation, incorporated may 27, 1963. AR 465.

2. The Foundation's Articles of Incorporation have been amended several times since, but have always stated that the Foundation is a church. *See* AR 470-79.

3. In 1987 the United States Tax Court granted declaratory judgment to the Foundation pursuant to 26 U.S.C. § 7428, determining that the Foundation is a church pursuant to 26 U.S.C. §§ 509(a)(1) and 170(b)(1)(a)(i). 88 T.C. 1342, 1361 (1987).

4. On October 22, 1987, the Internal Revenue Service issued to the Foundation its Determination Letter, wherein it formally acquiesced in the Tax Court's determination that, for periods after February 23, 1982, the Foundation is a church under 26 U.S.C. §§ 509(a)(1) and 170(b)(1)(A)(1). AR 1859-60.

5. The Foundation's creed and teachings are based upon Judeo-Christian beliefs and the doctrine and teachings of its founder, Roy Masters. Affidavit of Roy Masters, ¶ 50. That unique creed concentrates on meditative practices as taught by Roy Masters. *See* 88 T.C. at 1359.

6. The Foundation's doctrine and discipline are set forth in detail in the writings of Roy Masters and other Foundation ministers, which are disseminated by the Foundation. AR 231.

7. No changes have occurred in the Foundation's doctrine, creed, or form of worship since prior to 1983. Affidavit of Roy Masters, ¶ 2.

8. The Foundation has a wide-spread congregation, consisting of individuals in the United States and foreign countries. Affidavit of Roy Masters, ¶ 3.

9. No formal requirements in the Foundation for membership exist, and members of the Foundation's congregation are not required to abandon or terminate relationships with any other churches. 88 T.C. at 1359. AR 233.

10. The Foundation conducts services and seminars, referred to as "meetings," on its property, the "Tall Timber Ranch," located outside of Selma, Oregon. Affidavit of Roy Masters, ¶ 4.

11. Meetings are conducted by Foundation ministers, and are recorded for later broadcast on a nation-wide network of AM and FM radio stations and are also "streamed" for access and downloading on the internet. AR 8549-52.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

12. During the tax years at issue, meetings were held at Tall Timber Ranch and at other facilities in Grants Pass and across the United States. AR 232.

13. During these meetings Foundation ministers conduct personal counseling; instruction in meditation techniques and self-awareness; and otherwise present and discuss the unique doctrine and teachings of the Foundation. *Id*.

14. The Foundation's meetings are currently conducted principally by its founder, Roy Masters, and occasionally by other ministers, including members of the Masters family who have been ordained by the Foundation. Affidavit of Roy Masters, ¶ 10.

15. Since the date of the United States Tax Court's decision confirming the Foundation's status as a church, the Foundation's religious services have continued in substantially the same format and function, although they have increased in frequency and are now convened weekly, on Sundays. Affidavit of Roy Masters, ¶ 8.

16. Ministers of the Foundation receive personal tutelage from Roy Masters, usually lasting from one to three years. 88 T.C. at 1359. AR 234. No formal school or degree is required; however, a minister of the Foundation must be thoroughly familiar with its doctrine and able to apply its teachings in the individual lives of Foundation congregants in order to counsel, conduct seminars and meetings, and produce writings for dissemination. AR 234.

17. During the years 1998-2000, the Foundation added two ministers, Elizabeth Diane Lindeman and Emmanuel McLittle. AR 230.

18. During the period 1998 through 2003, Mr. McLittle's ministry included counseling and a radio show. AR 7804, 8083.

19. From 1998 to 2003, Mr. McLittle conducted 1,178 spiritual counseling sessions with Foundation congregants. AR 8083. In addition, Mr. McLittle delivered the Foundation's ministry on its radio broadcasts . AR 8083, 8553



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

20. Prior to the tax years examined by the Service, 1998-2000, Arlyn Hahn and Robert McQuain were also ministers of the Foundation. AR 8084. They passed away before the tax years in question. *Id.*

21. In addition to conducting meetings, the Foundation's ordained ministers perform marriages, counseling, exorcisms, funerals and otherwise minister to Foundation congregants. AR 228.

22. Over the years more than 110 marriages have been performed by Foundation ministers. AR 7076.

23. The Foundation's radio broadcasts are attended by a large number of individuals in locations throughout the United States and abroad. In its 1987 opinion, the Tax Court acknowledged that the Foundation's "radio broadcasts have the potential to reach 2 million people with a regular listening audience of 30,000." 88 T.C. at 1360.

24. Today, the Foundation reaches far more listeners than it did at the time the Tax Court found it to be a church. Affidavit of Roy Masters, ¶ 13.

25. The Foundation's congregation includes a large number of incarcerated prisoners who are not able to attend church in a traditional setting, yet can attend their church by listening to the Foundation's radio broadcasts. AR 8786-87.

26. The Foundation's radio messages are also recorded and are available for listening at a time of the listeners' convenience, on the Foundation's Web page, www.fhu.com. *See*, AR 236.

27. The Foundation's Web page contains information about services available through the Foundation, including upcoming seminars and activities at Tall Timber Ranch. AR 229.

28. The Foundation produces and disseminates its church newsletter, titled *New Insights*, which is published monthly and contains articles and information pertaining to the Foundation's doctrine and philosophies. AR 258-69 and AR 1443-1 to AR 1491.



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

29. In approximately 1985, the Foundation established a school for the religious, moral, and secular training of children, known as Brighton Academy and located in Grants Pass, Oregon. AR 233, 7079.

30. Ministers of the Foundation continue such activities as performing marriages, holding worship services, conducting seminars, performing ordinances such as exorcisms, and meeting with people on an individual counseling basis to offer spiritual counseling. Affidavit of Roy Masters, ¶ 34.

31. In addition to its services at Tall Timber Ranch, during the years at issue the Foundation held seminars (services) in Boston, Los Angeles, Philadelphia, and San Francisco. AR 7076.

32. In addition to its radio ministry, the Foundation maintains a relationship with independent foreign ministries, who are inspired by, and who base their teachings upon, the teachings and ministry of the Foundation. Affidavit of Roy Masters, ¶ 36-37, AR 11213-29; 11246-49; 11256-65.

DATED this 9th day of September, 2008.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s Marc K. Sellers
Marc K. Sellers, OSB #79107
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2008, I electronically filed the foregoing PLAINTIFF"S PROPOSED FINDINGS OF UNCONTROVERTED FACT, (RCFC 56(h)), with the clerk of the court using the CM/ECF system which will send notification of such filing to following party:

W.C. Rapp
william.c.rapp2@usdoj.go

s/ Marc K. Sellers
Marc K. Sellers