# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: September 10, 2008)

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Motion for Summary Judgment (Motion). In support of the Motion, plaintiff has separately filed "Memorandum re Motion for Summary Judgment" and "Affidavit re Motion for Summary Judgment" (Supporting Documents). The office of the clerk has advised the court that the Motion and Supporting Documents do not conform with the Rules of the Court of Federal Claims (RCFC). Specifically, RCFC 7(b)(1) provides that a supporting brief, memorandum, or affidavit "shall be attached to the motion." RCFC 7(b)(1). Notwithstanding the deficiency, the court accepts the Motion and Supporting Documents as filed as a motion for summary judgment.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge