# In the United States Court of Federal Claims

No. 04-1441 T

(E-Filed: September 12, 2008)

FOUNDATION OF HUMAN UNDERSTANDING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Motion for Leave to File Documents Conventionally, on Disc (Motion). Further to the court's informal telephonic conference with the parties on Thursday, September 11, 2008 (TC), the Motion is DENIED.

Further to the TC, the court will use the compact discs received by the office of the clerk on Wednesday, September 10, 2008 as a courtesy copy. Plaintiff shall file its documents in paper form as "Plaintiff's Supplement to the Administrative Record" (Supplement). Pages in the Supplement shall be numbered by Bates stamp, which page numbers shall not duplicate the page numbers on the Administrative Record filed on October 23, 2006. Plaintiff shall file one copy of the Supplement in paper form with the office of the clerk, together with one courtesy copy for chambers. Defendant has waived its right to receive a paper copy. Plaintiff shall serve on defendant one copy of the Supplement on compact discs.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT

Judge